

until next day; (3) Dec. 11, 1828: case argued, jury charged; (4) Dec. 12, 1828: verdict for plaintiff, attendance of jurors proved; (5) Dec. 17, 1828: motion for judgment on verdict, judgment.

PAPERS IN FILE (1828): (1) Agreement for entry of amicable suit; (2) venire and return; (3) declaration; (4) plea of non assumpsit, stipulation re defenses; (5–6) subpoenas; (7–9) depositions of Charles Burnett, Joseph Larrabee, and Amos B. Hinkley; (10) stipulation re admission of evidence; (11) verdict; (12) motion for judgment on verdict; (13) promissory note.

*File No.* 28 of 1828.

### GEORGE BUDD FOR THE USE OF THE UNITED STATES *versus* TUNIS S. WENDELL, SHADRACK GILLET, AND THOMAS S. KNAPP.

JOURNAL ENTRIES: (1) Dec. 5, 1828: jury impaneled, evidence introduced, discontinued, attendance of witnesses proved.

PAPERS IN FILE (1828): (1) Agreement for entry of amicable suit; (2) recognizance; (3) declaration; (4) plea of non assumpsit, notice of defenses; (5–6) subpoenas.

*File No.* 18 of 1828.

### UNITED STATES *versus* TUNIS S. WENDELL, SHADRACK GILLET, AND THOMAS S. KNAPP.

JOURNAL ENTRIES: (1) Dec. 9, 1828: amicable suit entered, venire facias issued and returned, jury trial; (2) Dec. 10, 1828: jurors called, respited

### UNITED STATES *versus* TIMOTHY DEQUINDRE, ANTOINE DEQUINDRE, AND JOHN McDONELL.

JOURNAL ENTRIES: [None]

PAPERS IN FILE (1829): (1) Precipe for summons; (2) summons and return; (3) stipulation for discontinuance.

*File No.* 30 of 1829.